AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DASSAULT SYSTÈMES SOLIDWORKS CORPORATION,<br><br>*Plaintiff(s)*<br><br>v.<br><br>SAL AEROSPACE TECHNOLOGIES, INC.,<br>SAL AEROSPACE ENGINEERING, LLC,<br>MICHAEL SALOMON,<br>and JOHN DOE<br>*Defendant(s)* | Civil Action No. 23-CV-22201 WILLIAMS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Salomon
6944 SW 166th Court
Miami, FL 33193

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Erik Johanson, Esq.
Florida Bar No. 106417
Erik Johanson PLLC
3414 W. Bay to Bay Blvd, Suite 300
Tampa, FL 33629
Tel: (813) 210-9442

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 15, 2023



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 23-CV-22201 WILLIAMS |
| SAL AEROSPACE TECHNOLOGIES, INC., SAL AEROSPACE ENGINEERING, LLC, MICHAEL SALOMON, and JOHN DOE | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Sal Aerospace Engineering, LLC
11990 SW 128th Street
Miami, FL 33186

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Erik Johanson, Esq.
Florida Bar No. 106417
Erik Johanson PLLC
3414 W. Bay to Bay Blvd, Suite 300
Tampa, FL 33629
Tel: (813) 210-9442

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 15, 2023



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, <br><br> *Plaintiff(s)* <br><br> v. <br><br> SAL AEROSPACE TECHNOLOGIES, INC., SAL AEROSPACE ENGINEERING, LLC, MICHAEL SALOMON, and JOHN DOE <br> *Defendant(s)* | Civil Action No. 23-CV-22201 WILLIAMS |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sal Aerospace Technologies, Inc.
11990 SW 128th Street
Miami, FL 33186

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Erik Johanson, Esq.
Florida Bar No. 106417
Erik Johanson PLLC
3414 W. Bay to Bay Blvd, Suite 300
Tampa, FL 33629
Tel: (813) 210-9442

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jun 15, 2023

Angela E. Noble
Clerk of Court

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts