UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-22201-CV-WILLIAMS/REID

DASSAULT SYSTÈMES SOLIDWORKS
CORPORATION,

Case No. 23-cv-22201-KMW

*Plaintiff,*

- v.-

SAL AEROSPACE TECHNOLOGIES,
INC., SAL AEROSPACE ENGINEERING,
LLC, MICHAEL SALOMON,
And JOHN DOE

*Defendants.*

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Dassault Systèmes Solidworks Corporation, ("Plaintiff"), and Defendants, Sal Aerospace Technologies, Inc.; Sal Aerospace Engineering, LLC; and Michael Salomon ("Defendants"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of this action as follows:

Whereas, the Plaintiff filed a Complaint ("the Complaint") against the Defendants, alleging the Defendants had violated U.S. copyright laws by

1

downloading and using, without authorization, DS SolidWorks' SOLIDWORKS software packages;

WHEREAS, Defendant denies that it infringes the asserted patent and denies that the asserted patent is valid or enforceable;

WHEREAS, Plaintiff and the Defendant have settled this case by separate agreement;

THEREFORE, Plaintiff and the Defendant stipulate to the DISMISSAL of this action WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Dated: January 22, 2024          Respectfully Submitted By:

/s/ Erik Johanson, Esq.
Florida Bar No. 106417
Erik Johanson PLLC
3414 W. Bay to Bay Blvd
Suite 300
Tampa, FL 33629
Tel: (813) 210-9442
erik@johanson.law
ecf@johanson.law
*Local Counsel for Plaintiff*

HARNESS, DICKEY & PIERCE, P.L.C.
Glenn E. Forbis *(Pro Hac Vice)*
Jeremiah J. Foley *(Pro Hac Vice)*
HARNESS, DICKEY & PIERCE, P.L.C.
5445 Corporate Drive, Ste. 200
Troy, MI 48088
(248) 641-1600
(248) 641-0270 Fax
gforbis@harnessip.com

jfoley@harnessip.com
*Lead Counsel*

AND

*/s/ Benjamin E. Olive, Esq.*
**OLIVE | JUDD**
2426 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
(954) 334-2250
(954) 334-2259 (f)
Benjamin E. Olive, Esq.
Fla. Bar No.: 387983
bolive@olivejudd.com
Scott W. Dangler, Esq.
Fla. Bar No.: 429007
sdangler@olivejudd.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will be served by operation of the Court's electronic filing system upon all counsel of record and ECF participants.

**OLIVE | JUDD**
2426 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
(954) 334-2250
(954) 334-2259 (f)
Benjamin E. Olive, Esq.
Fla. Bar No.: 387983
bolive@olivejudd.com
Scott W. Dangler, Esq.
Fla. Bar No.: 429007
sdangler@olivejudd.com
*Attorneys for Defendants*

                                           /s/ Erik Johanson, Esq.
                                           Erik Johanson, Esq.